UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-05 |
| | ) | |
| JEREMIAH ALLEN | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on August 15, 2005. At this hearing, the defendant stipulated that he had committed the violations of the conditions of supervised release set forth as violations one (1) through four (4) of the petition for warrant for offender under supervision. It is uncontested the defendant's violation guideline range is now five (5) months to eleven (11) months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of incarceration of five (5) months, and that this term of imprisonment shall be followed by a nineteen (19) months term of supervised release. The Court **FINDS** that this sentence, which is within the guideline range, is a reasonable sentence taking into consideration the defendant's violation and the factors set forth in 18 *U.S.C.* §3553(a). During his term

of supervised release, the defendant shall be subject to the standard conditions and special conditions of supervised release set forth in the judgment, with the exception that the defendant shall not be required to serve 90 days of home detention. In addition, the defendant shall be subject to the following special conditions:

> 1. The defendant shall participate in a program of mental health treatment as directed by the probation officer, until such time as released by the probation officer. The defendant shall waive all rights to confidentiality regarding mental health treatment in order to allow the release of information to the Supervising United States Probation Officer, and to authorize open communication between the probation officer and the mental health treatment provider.
>
> 2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

It is hereby **RECOMMENDED** that the defendant be designated to the federal facility at Butner, North Carolina, or other facility near Durham, North Carolina and that the defendant receive mental health treatment while incarcerated. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE